UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO.: 5:14CR47-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) **O R D E R** |
| JESSE DANIELS ANDERSON, Defendant. | ) |

This matter is before the Court upon motion of the Defendant seeking transfer from the Gaston County Jail to the Mecklenburg County Jail pending sentencing and subsequent transition to the Bureau of Prisons. (Doc. 52). Defendant represents his interest in participating in the substance abuse treatment program offered at the Mecklenburg County Jail.

Although the United States Attorney's Office reportedly does not oppose Defendant's request, the U.S. Marshal's Service has expressed reservation and legitimate concern about facilitating the transfer. The U.S. Marshal's Service does not ordinarily allow transfer prisoners from one facility to another based upon a prisoner's desire to take advantage of a given program and this Defendant has not presented any information that sets his request apart from that of any other prisoner. For these reasons, the motion will be denied.

**IT IS THEREFORE, ORDERED** that the Defendant's Motion for Transfer is hereby **DENIED**.

Signed: December 8, 2014

Richard L. Voorhees
United States District Judge